**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |
|---|---|
| KG DONGBU STEEL CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>NUCOR CORPORATION and THE GOVERNMENT OF THE REPUBLIC OF KOREA,<br><br>    Defendant-Intervenors. | Court No. 23-00055 |
| KG DONGBU STEEL CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>NUCOR CORPORATION,<br><br>    Defendant-Intervenor. | Court No. 24-00056 |

**JOINT STATUS REPORT**

Pursuant to the Court's February 6, 2026 Order, the Parties hereby file this joint status report. Order, *KG Dongbu Steel Co., Ltd. v. United States*, No. 23-00055 (February 6, 2026), ECF No. 69; Order, *KG Dongbu Steel Co., Ltd. v. United States*, No. 24-00056 (February 6, 2026), ECF No. 44. On April 18, 2024, the Court ordered that this matter be stayed pending

1

resolution of *KG Dongbu Steel Co. v. United States,* Court No. 22-47 ("*KG Dongbu I*").  *KG Dongbu Steel Co. v. United States,* Court No. 23-00055 (Ct. Int'l Trade), ECF No. 47; *KG Dongbu Steel Co. v. United States*, Court No. 24-00056 (Ct. Int'l Trade) ECF No. 20*.*  The Judgment in *KG Dongbu I* entered on January 17, 2025.  Judgment, *KG Dongbu Steel Co. v. United States,* Court No. 22-47 (Jan. 17, 2025) ECF No. 91.

Following judgment, Defendant-Intervenor Nucor filed an appeal of this decision to the United States Court of Appeals for the Federal Circuit ("Federal Circuit").  Appeal, *KG Dongbu Steel Co. v. United States,* Court No. 22-47 (Jan. 31, 2025) ECF No. 92.  Oral Argument before the Federal Circuit is currently scheduled for May 7, 2026.  The Parties therefore request that the Court continue to stay this matter pending a final and conclusive resolution of *KG Dongbu I.*

Accordingly, the Parties request that the Court continue to stay this matter pending a final and conclusive resolution of *KG Dongbu I.*  The Parties propose that they will file a joint status report with the Court by the earlier of June 8, 2026, or 21 days after the U.S. Court of Appeals for the Federal Circuit enters judgment in *KG Dongbu Steel Co., Ltd. v. United States*, Court No. 2025-1411 (Fed. Cir.).  The Parties attach to this joint status report proposed orders for the above captioned matters.

2

Please contact the undersigned if you have any questions regarding this matter.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Jordan L. Fleischer
Edward J. Thomas III
Nicholas C. Duffey

**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
(202) 216-4116

Dated:  April 7, 2026

*Counsel to Plaintiff KG Dongbu Steel Co., Ltd.*

3

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7568
Email: sosun.bae@usdoj.gov

Dated: April 7, 2026

*Attorneys for Defendant, the United States*

/s/ Alan H. Price
Alan H. Price
Christopher B. Weld
Robert E. DeFrancesco, III
Tessa V. Capeloto
Maureen E. Thorson
Derick G. Holt
Enbar Toledano
Adam M. Teslik
Theodore P. Brackemyre
Paul A. Devamithran

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000

Dated:  April 7, 2026

*Counsel for Defendant-Intervenor Nucor Corporation*

5

/s/ Yujin Kim McNamara
Yujin Kim McNamara
Devin S. Sikes
Daniel M. Witkowski
Sydney L. Stringer
Sung Un K. Kim

**AKIN, GUMP, STRAUSS HAUER & FIELD LLP**
2001 K Street
Washington, DC 20006
Phone: (202) 887-4347
E-mail: ymcnamara@akingump.com

Dated:  April 7, 2026

*Counsel for Government of the Republic of Korea*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| KG DONGBU STEEL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> NUCOR CORPORATION and THE GOVERNMENT OF THE REPUBLIC OF KOREA, <br><br> Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 23-00055 |

**<u>ORDER</u>**

Upon consideration of the parties' April 7, 2026 joint status report, and all other papers and proceedings, it is hereby

**ORDERED** that the parties shall file a joint status report with the Court by the earlier of June 8, 2026, or 21 days after the U.S. Court of Appeals for the Federal Circuit enters judgment in <u>KG Dongbu Steel Co., Ltd. v. United States</u>, Court No. 2025-1411 (Fed. Cir.).

**SO ORDERED**.

 

_____
Jennifer Choe-Groves, Judge

Dated: _____
      New York, New York

7

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| KG DONGBU STEEL CO., LTD., | |
|       Plaintiff, | |
|   v. | |
| UNITED STATES, | Before: Jennifer Choe-Groves, Judge |
|       Defendant, | Court No. 24-00056 |
|   and | |
| NUCOR CORPORATION, | |
|       Defendant-Intervenor. | |

## ORDER

Upon consideration of the parties' April 7, 2026 joint status report, and all other papers and proceedings, it is hereby

**ORDERED** that the parties shall file a joint status report with the Court by the earlier of June 8, 2026, or 21 days after the U.S. Court of Appeals for the Federal Circuit enters judgment in <u>KG Dongbu Steel Co., Ltd. v. United States</u>, Court No. 2025-1411 (Fed. Cir.).

    **SO ORDERED**.

 

_____
Jennifer Choe-Groves, Judge

Dated: _____
     New York, New York

199453993